UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 01-80144-3
HON.PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

                Plaintiff(s),

vs.

CRAIG STEVEN TODD,

                Defendant(s).

_____/

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County
of Wayne, State of Michigan on July 15, 2009.

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. The Court has been informed that the Probation Department and the Government has no objection to the termination of supervision, therefore;

IT IS ORDERED that the Motion for Early Termination of Supervision be and the same is hereby GRANTED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 15, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 15, 2009, by electronic and/or ordinary mail.
s/Marilyn Orem
Case Manager